# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

Felix Leyva-Anaya
    Defendant.

Case Number
CR 05 - 70806 HRL

ORDER - CJA CONTRIBUTION(s) DUE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $200 PER MONTH, until the case is concluded or until further order of the Court, commencing: **if not in custody**

    [ ] That certain date of 10/15/05 and the SAME DAY each month thereafter;

    [ ] The first day of _____ and the FIRST DAY of each month thereafter;

    [ ] MAIL TO:    Clerk, U. S. District Court
                     280 South First Street, Room 2112
                     San Jose, CA. 95113-3095

**Please indicate that this is a CJA payment and include the case number shown above.**

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

    [ ] That certain date of _____;

    [ ] MAIL TO:    Clerk, U. S. District Court
                     280 South First Street, Room 2112
                     San Jose, CA. 95113-3095

**Please indicate that this is a CJA Payment and include the case number shown above.**

DATED: 10/11/05

Howard R. Lloyd
U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72